M. Eugene GIBBS, Plaintiff–Appellant,

v.

UNITED STATES of America; Department of Defense, DCMAO; Department of Labor; George Moore, Doctor; Does 1–5; Duane A. Caesar, Defendants–Appellees.

No. 02–2094.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 30, 2002.

M. Eugene Gibbs, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Jennifer Lilore Huesman, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILLIAM D. WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

M. Eugene Gibbs appeals from the district court's order denying his motion to extend the time to appeal the dismissal of his complaint. In order to qualify for an extension of time to appeal, a litigant must show excusable neglect or good cause. Fed. R.App. P. 4(a)(5). Because Gibbs' motion focused exclusively on the merits of his underlying claims, we find that the district court did not err in finding that Gibbs had not satisfied the requirements for an extension of time. Accordingly, we affirm the order of the district court. *See Gibbs v. United States,* No. CA–02–45–JFM (D.Md. Aug. 22, 2002). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*